**TRUSTEE'S FINDINGS OF FACT AND SUMMARY OF PLAN –6/24/14**

**DEBTOR:** David Coleman     **BK. #** 14-20160
**ATTORNEY:** Michelle Nobile, Esq.     **ATTORNEY FEES:** $3,900
    **Additional Attorney Fees:** $

I. **TRUSTEE RECOMMENDATION:** _____ Plan Recommended    __X__ Plan Not Recommended

II. **PLAN FILED DATE: 2/13/14**
    A. **PAYMENTS:**    $ 1,300    per monthly wage order
                   $ 15,600    annually

    B. **REPAYMENT:**
       To secured creditors    $ 15,643    with interest $ 23,589
       To priority creditors    $ 14,569
       To unsecured creditors    $ 35,162    100%
       Total unsecured debt    $ 33,727
       Duration of Plan    5 years
       Total Indebtedness    $ 118,689    incl. mortgages

    C. **FEASIBILITY:**
       Monthly Income    $ 4,582.81    (net)    $ 6,820.67 (gross)
       Less Estimated Expenses    $ 3,283.00
       Excess for Wage Plan    $ 1,299.81

    D. **OBJECTIONS to Confirmation:**
       1. The plan does not address several secured claims that were filed with the Court;
       2. The plan must pay interest on the City of Rochester water claim;
       3. The plan must determine the nature of the Stephen Kelley judgment;
       4. The non-filing spouse's car loan ends in three years. Plan payments can be increased at that time.

    E. **Other comments:**
       [ ] risk factor 3 because of prior bankruptcies
       [X] need judgments removed      [ ] need mortgages eliminated
       [ ] need appraisals of real estate and personal property      [ ] need motions to value collateral
       [ ] need certification of post petition DSO payments.      [ ] need proof of surrender efforts
       [X] other: The Trustee will monitor household income for the term of the plan.

III. TREATMENT OF SECURED CLAIMS/LEASE ARREARS: [Interest rate unless otherwise stated: %]

| Creditor | Amt of Claim | Security Claimed | Perfected | Plan Treatment | Monthly Pmt |
|---|---|---|---|---|---|
| United Consumer | $692.16 | Vacuum | Yes | None | |
| Tower Capital | $7,442.40 | R/P Taxes | Yes | None | |
| Cheswold | $9,789.85 | R/P Taxes | Yes | Full + 18% | $138.09 |
| City Treas. | No Claim | R/P Taxes | Yes | $4,541.66 + 18% | $115.33 |
| Monroe Co. Treas. | No Claim | R/P Taxes | Yes | $850.01 + 18% | $21.58 |
| City of Rochester | No Claim | Water Charges | Yes | $211.39 + 0% | $15.10 |
| IRS | $2,579.42 | Tax Lien | 2/3/11 | None | |
| Stephen Kelley, Esq. | No Claim | Judgment | ? | $250.00 + 0% | $15.63 |
| Vohora Realty | $2,096.51 | Judgment | Yes | Eliminate | |

IV. SPECIAL PLAN PROVISIONS:

    A. CLASSIFICATION of unsecured creditors: *Not applicable*
        Class 1:   % $
        Class 2:   % $
        Class 3   % $

    B. Rejection of executory contracts:

    C. Other Plan Provisions:

V. BEST INTEREST TEST:
    A. All assets were listed.
    B. Total market value of assets:     $ 53,085
        Less valid liens   $ 47,430
        Less exempt property   $ 5,655
        (Available for judgment liens )
        Subtotal   $ 0
        Less est. Chapter 7 fees   $ 0
    C. Total available in liquidation   $ 0
    D. Best interests including present value   $ 0
        Less priority claims   $ 14,569
        (Support $   )
    E. Amount due to unsecured   $ 0
    F. Amount to be distributed to unsecured creditors   $ 35,162

    G. Nature of major non-exempt assets:

VI. OTHER:
   A. Debtor(s) states that the plan is proposed in good faith with intent to comply with the law.
   B. Debtor(s) states that to the best of its knowledge there are no circumstances that would affect the ability to make the payments under the plan.
   C. (If a business) The Trustee has investigated matters before him relative to the condition of debtor's business, and has not discovered any actionable causes concerning fraud, dishonesty, incompetence, misconduct, mismanagement or irregularities in managing said business.
   D. Debtor requests no wage order because: _____ disability or retirement, _____ self employed, _____ risk of job loss, _____ other
   E. Converted from Chapter 7 because: Non Applicable.

/S/_____
GEORGE M. REIBER, TRUSTEE